MARIA BENSAUDE et al., Respondents, *v.* FLOMARCY COMPANY INCORPORATED et al., Respondents, and THE CITY OF NEW YORK, Appellant.

Argued May 17, 1944; decided June 8, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* and *James Hall Prothero* of counsel), for appellant.

*Irving I. Goldsmith, Monroe Collenburg* and *Jos. L. Roesch* for Flomarcy Company Incorporated and another, defendants-respondents.

*Sidney J. Feltenstein* for plaintiffs, respondents.

Appeal as against the codefendants dismissed with costs; otherwise judgment affirmed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY and THACHER, JJ.